# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT C. JARVIS,, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL NATIONAL MORTGAGEASSOCIATION <br><br> Defendant. | **JUDGMENT IN A CIVIL CASE** <br><br> CASE NUMBER: C16-5194-RBL |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Jarvises' Motion for Summary Judgment [Dkt. #36] is GRANTED.  Fannie Mae's Cross-Motion for Summary Judgment [Dkt. #40] is DENIED.  The case is dismissed.

Dated:  24th day of April, 2017.

                                            William M. McCool
                                            Clerk

                                            Jean Boring
                                            Deputy Clerk