HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT C. JARVIS and RETHA D. JARVIS, Husband and Wife,<br><br>             Plaintiffs,<br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, a federal corporation; THE BANK OF NEW YORK MELLON, F.K.A. THE BANK OF NEW YORK, AS TRUSTEE FOR CWHEW, INC., HOME EQUITY LOAN ASSET BACKED CERTIFICATES, SERIES 2006-s10; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., Delaware corporation<br>             Defendants. | Case No. 3:16-CV-05194-RBL<br><br><br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEY FEES AGAINST DEFENDANT FEDERAL NATIONAL MORTGAGE ASSOCIATION |

THIS MATTER is before the Court on Plaintiffs' Motion for Attorneys' Fees pursuant to Federal Rule of Civil Procedure 54(d)(2) [Dkt. #50]. The motion was supported by the Declaration of Gregory F. Amann filed therewith [Dkt. #51]. No opposition to the motion was received by the Court. In diversity actions, state law governs the recovery of attorneys' fees and related nontaxable expenses so long as it does not run counter to a valid federal statute or rule of court. *Garcia v. Wal-Mart Stores, Inc.*, 209 F.3d 1170, 1177 (10th Cir. 2000). As the prevailing party in this action, Plaintiffs are entitled

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
FOR ATTORNEYS' FEES AGAINST DEF. FNMA- 1

VSI LAW GROUP, PLLC
225 Tacoma Avenue South
Tacoma, WA 98424
Phone: 253.922.5464 Fax: 253.212.3963

to an award of attorneys' fees pursuant to RCW 4.84.330. Defendant Federal National Mortgage Association's ("Fannie Mae") deed of trust provides that "Lender shall be entitled to recover its reasonable attorneys' fees and costs in any action or proceeding to construe or enforce any term of this Security Instrument."[1] In order for a contractual attorneys' fee provision to apply under RCW 4.84.330, the contract containing the attorneys' fee provision must be "central to the controversy." *Hemenway v. Miller*, 116 Wn.2d 725, 742, 807 P.2d 863 (1991). The central issue of this case was the enforceability of Fannie Mae's deed of trust.

THEREFORE, Plaintiff's Motion for Attorneys' Fees in the amount of $11,062.50 against Defendant Fannie Mae is GRANTED. The Clerk shall enter a supplemental judgment awarding Plaintiffs Robert C. Jarvis and Retha J. Jarvis $11,062.50 in attorneys' fees against Defendant Fannie Mae.

Dated this 16th day of May, 2017.

*Ronald B. Leighton*
Ronald B. Leighton
United States District Judge

Presented by:

VSI Law Group, PLLC

By: */s/Gregory F. Amann*_____
     Gregory F. Amann, WSBA No. 24172
Attorneys for Plaintiffs Robert C. Jarvis and
Retha D. Jarvis

---

[1] [Dkt. #39] (Fannie Mae's Response to Motion for Summary Judgment, Exhibit B at 16).

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
FOR ATTORNEYS' FEES AGAINST DEF. FNMA- 2

VSI LAW GROUP, PLLC
225 Tacoma Avenue South
Tacoma, WA 98424
Phone: 253.922.5464 Fax: 253.212.3963