# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT C. JARVIS, et al.,<br><br>            Plaintiff(s),<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>            Defendant(s). | **SUPPLEMENTAL JUDGMENT IN A CIVIL CASE FOR FEES**<br><br>CASE NUMBER: C16-5194-RBL |

☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

       THE COURT HAS ORDERED THAT

Plaintiff's Motion for Attorneys' Fees in the amount of $11,062.50 against Defendant Fannie Mae is GRANTED..

DATED  May 16, 2017

                                                       William M. McCool
                                                       Clerk

                                                       s/Jean Boring
                                                     Deputy Clerk