HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT C. JARVIS and RETHA D. JARVIS, Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, a federal corporation, et. al.,<br><br>Defendants. | District Court No.:<br>3:16-cv-05194-RBL<br><br>9th Circuit Court No.<br>17-35428<br><br>ORDER STAYING FEE AND COST AWARD PENDING APPEAL |

THIS MATTER having come before the Court on the motion by defendant Federal National Mortgage Association ("Fannie Mae") to stay enforcement of the fee and cost award [Dkt. #s 52, 54, 55] pending appeal pursuant to FRCP 62(d), and the Court being fully advised, it is hereby

ORDERED, ADJUDGED and DECREED that the motion is GRANTED, it is further

ORDERED, ADJUDGED and DECREED that the fee and cost award against Fannie Mae is stayed pending appeal conditioned on posting of bond or cash in the amount of $11,371.50.

DATED this 12th day of June, 2017.

_Ronald B. Leighton_
Ronald B. Leighton
United States District Judge

PRESENTED BY:

MCCARTHY & HOLTHUS, LLP

/s/ Joseph Ward McIntosh
Joseph Ward McIntosh, WSBA #39470
Attorney for Federal National Mortgage Association

Order
Page -1-
MH #WA-16-738767-CV

McCarthy & Holthus LLP
108 1st Ave S, Ste 300
Seattle, WA 98104